CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
GENE B. SHARAGA, ESQ.; STATE BAR NO.: 131661
BRIAN J. KIM, ESQ.; STATE BAR NO.: 282538

**THARPE & HOWELL, LLP**
15250 Ventura Blvd., Ninth Floor
Sherman Oaks, California 91403
(818) 205-9955; (818) 205-9944 fax
E-Mail: cmay@tharpe-howell.com
E-Mail: gsharaga@tharpe-howell.com

Attorneys for Defendant,
LOWE'S HOME CENTERS, LLC

JS-4

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| NANCIE DAVIS,<br><br>        Plaintiff,<br><br>v.<br><br>LOWE'S HIW, INC., a corporation and DOES 1 through 25, inclusive,<br><br>        Defendants. | CASE NO.: 5:14-cv-01577-VAP-KK<br><br>(San Bernardino County Superior Court Case No.: CIVDS 1404780)<br><br>**[PROPOSED] ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41 (a)(1)** |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff NANCIE DAVIS is hereby dismissed in its entirety, with prejudice.

Dated: 4/13/15

By: _____
U.S. DISTRICT COURT JUDGE

- 1 -
**[PROPOSED] ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41 (A)(1)**

Davis v. Lowe's
Case No.: 5:14-cv-01577-VAP-KK